IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MITSUBISHI ELECTRIC CORP. (alternatively named MITSUBISHI DENKI KABUSHIKI KAISHA), KONINKLIJKE PHILIPS N.V, THOMSON LICENSING, GE TECHNOLOGY DEVELOPMENT, INC., PANASONIC CORPORATION, and SONY CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>VIEWSONIC CORPORATION (alternatively named VIEWSONIC DISPLAY CO.),<br><br>*Defendant*. | Civil Action No. 9:13-cv-80743-XXXX<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF MITSUBISHI ELECTRIC CORP.'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Mitsubishi Electric Corp. (alternatively named Mitsubishi Denki Kabushiki Kaisha) ("Mitsubishi") respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

Mitsubishi hereby certifies that it is a publicly-held company with no parent corporation, and no publicly-held company owns 10% or more of its stock.

Dated:  August 1, 2013

Respectfully submitted,

PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 241-7400
Facsimile:  (561) 241-7145

/s/ Payal Salsburg
Matthew Triggs
Florida Bar No. 0865745
mtriggs@proskauer.com
Payal Salsburg
Florida Bar No. 0057038
psalsburg@proskauer.com

PROSKAUER ROSE LLP
Steven M. Bauer*
Justin J. Daniels*
One International Place
Boston, MA 02110
(617) 526-9600

*pro hac admission to be sought*

*Attorneys for Plaintiffs*

2

## Certificate of Service

   I hereby certify that a true and correct copy of the foregoing will be served in hand with the Complaint and all accompanying case initiating documents, on the Registered Agent for the party of record at the address below.

                     /s/ Payal Salsburg
                     Payal Salsburg

**Service List**
ViewSonic Corporation (alternatively named ViewSonic Display Co.)
CT Corporation System/Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324