IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MITSUBISHI ELECTRIC CORP. (alternatively named MITSUBISHI DENKI KABUSHIKI KAISHA), KONINKLIJKE PHILIPS N.V, THOMSON LICENSING, GE TECHNOLOGY DEVELOPMENT, INC., PANASONIC CORPORATION, and SONY CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>VIEWSONIC CORPORATION (alternatively named VIEWSONIC DISPLAY CO.),<br><br>*Defendant*. | Civil Action No. 9:13-cv-80743-XXXX<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF THOMSON LICENSING'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff Thomson Licensing ("Thomson") respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

Thomson hereby certifies that it is a wholly-owned subsidiary of Technicolor, S.A., a French *société anonyme*, and that Technicolor, S.A. is a publicly-held company.

Dated: August 1, 2013                    Respectfully submitted,

                                         PROSKAUER ROSE LLP
                                         2255 Glades Road, Suite 421 Atrium
                                         Boca Raton, FL 33431
                                         Telephone: (561) 241-7400
                                         Facsimile: (561) 241-7145

                                         /s/ Payal Salsburg

Matthew Triggs
Florida Bar No. 0865745
mtriggs@proskauer.com
Payal Salsburg
Florida Bar No. 0057038
psalsburg@proskauer.com

PROSKAUER ROSE LLP
Steven M. Bauer*
Justin J. Daniels*
One International Place
Boston, MA 02110
(617) 526-9600

*pro hac admission to be sought*

*Attorneys for Plaintiffs*

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing will be served in hand with the Complaint and all accompanying case initiating documents, on the Registered Agent for the party of record at the address below.

                /s/ Payal Salsburg
                Payal Salsburg

**Service List**
ViewSonic Corporation (alternatively named ViewSonic Display Co.)
CT Corporation System/Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324