IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MITSUBISHI ELECTRIC CORP. (alternatively named MITSUBISHI DENKI KABUSHIKI KAISHA), KONINKLIJKE PHILIPS N.V, THOMSON LICENSING, GE TECHNOLOGY DEVELOPMENT, INC., PANASONIC CORPORATION, and SONY CORPORATION,

   *Plaintiffs*,

v.

VIEWSONIC CORPORATION (alternatively named VIEWSONIC DISPLAY CO.),

   *Defendant*.

Civil Action No. 9:13-cv-80743-XXXX

JURY TRIAL DEMANDED

**PLAINTIFF PANASONIC CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

  Plaintiff Panasonic Corporation ("Panasonic") respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

  Panasonic is a publicly-held company with no parent corporation, and no publicly-held company owns 10% or more of its stock.

Dated: August 1, 2013      Respectfully submitted,

              PROSKAUER ROSE LLP
              2255 Glades Road, Suite 421 Atrium
              Boca Raton, FL 33431
              Telephone: (561) 241-7400
              Facsimile: (561) 241-7145

              /s/ Payal Salsburg

Matthew Triggs
Florida Bar No. 0865745
mtriggs@proskauer.com
Payal Salsburg
Florida Bar No. 0057038
psalsburg@proskauer.com

PROSKAUER ROSE LLP
Steven M. Bauer*
Justin J. Daniels*
One International Place
Boston, MA 02110
(617) 526-9600

*pro hac admission to be sought*

*Attorneys for Plaintiffs*

## Certificate of Service

   I hereby certify that a true and correct copy of the foregoing will be served in hand with the Complaint and all accompanying case initiating documents, on the Registered Agent for the party of record at the address below.

                   /s/ Payal Salsburg
                   Payal Salsburg

**Service List**
ViewSonic Corporation (alternatively named ViewSonic Display Co.)
CT Corporation System/Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324